UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE MEDINA,

                Plaintiff,

– against –

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.

**ORDER**

19 Civ. 2267 (ER)

Ramos, D.J.:

The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
           New York, New York

                                                                       Edgardo Ramos, U.S.D.J.