# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

EDUMIN CORRALES
ASSOCIATE
TEL: (212) 393 - 7928
EMAIL:ecorrales@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

May 1, 2020

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:  Jacqueline Medina v. National Railroad Passenger Corp.,
            Docket No. 1:19-cv-02267 (ER)

Dear Judge Ramos:

      We represent defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") in the above-referenced matter. In accordance with Your Honor's Order dated April 6, 2020 (ECF Doc. No. 11), Plaintiff Jacqueline Medina ("Plaintiff") and Amtrak submit this joint letter apprising Your Honor of the status of this matter.

      While awaiting a Fed. R. Civ. P. Rule 16 initial conference and scheduling order, the parties have been engaged in document discovery since September 2019. Both parties have completed initial Rule 26 automatic disclosures. On or about December 20, 2019, Amtrak served responses to Plaintiff's document demands and interrogatories. Plaintiff seeks Defendant's clarifications and supplements to those responses. Plaintiff owes Defendant responses and will do so within two weeks. The parties anticipate scheduling depositions upon the completion of document discovery, subject to the COVID-19 pandemic circumstances at the time. To date, the parties have not engaged in any settlement discussions.

      Should the Court have any questions or require any additional information, please do not hesitate to contact us.

                      Respectfully Submitted,

                      /s/

                      Edumin Corrales, Esq.

CC:  Marc Wietzke, Esq. (via ECF)
        Sean P. Constable, Esq. (via ECF)

4850-6231-5195v.1