# FLYNN & WIETZKE, P.C.

**MEMO ENDORSED**

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & NJ

Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

November 19, 2020

Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: MEDINA V. AMTRAK
     19 Civ. 2267 (ER)

> The parties are directed to file a joint status report or a stipulation of dismissal by December 1, 2020. The Clerk of Court is respectfully directed to terminate the motion. Doc. 13.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/20/2020
> New York, New York

Dear Judge Ramos:

This office represents the plaintiff in the above referenced action. Plaintiff writes in response to the court's order dated November 16, 2020. More specifically, counsel offers the following explanation for the difficulties in moving forward with this litigation.

Since the onset of the pandemic a little over eight (8) months ago, Ms. Medina has been difficult to contact. Despite several attempts, counsel has been unable to communicate with Ms. Medina. More to the point, only in the last 48 hours counsel has finally been able to learn from Ms. Medina that she has made proverbial lemonade out of the lemons she had after being fired by Amtrak. She went back to school, pursued a degree and found a new job.

Ms. Medina and I agreed to speak again within the NEXT 48 hours to discuss her desire to pursue this litigation. At issue is holding Amtrak accountable versus burdening the Court and counsel with the time and effort to make that possible. More basically, Ms. Medina is determining whether to let her past be bygones, i.e. whether to let bygones be bygones.

Succinctly, plaintiff's counsel will either serve responses to defendant's discovery demands or tender a stipulation of dismissal by November 30, 2020.

                                                Respectfully submitted,

                                                Marc Wietzke

MW:EF
Cc:  Edumin Corrales, Esq.