UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACQUELINE MEDINA,

            Plaintiff,                            19 Civ. 2267 (ER)

  -against-                                STIPULATION OF DISMISSAL

NATIONAL RAILROAD PASSENGER CORP.,

            Defendant.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled actions are hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED:  December 1, 2020
              NASSAU, NEW YORK

                                  Flynn & Wietzke, PC
                                  Attorneys for Plaintiff

                                  By: _____
                                        MARC WIETZKE

                                  Landman Corsi Ballaine & Ford
                                  Attorneys for Defendant

                                  By: _____
                                  Edumin Corrales, Esq.
                                  Attorneys for Defendant
                                  120 Broadway, 13th Floor
                                  New York, New York 10271
                                  (212) 238 - 4800