UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JACQUELINE MEDINA,

                         Plaintiff,

          -against-

NATIONAL RAILROAD PASSENGER
CORPORATION,

                        Defendant.
---------------------------------------------------------------- X

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Index No.: 1:19-cv-02267 (ER)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff Jacqueline Medina ("Medina") and Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 2, 2020
            New York, New York

| | |
|---|---|
| **FLYNN & WIETZKE, P.C.** | **LANDMAN CORSI BALLAINE & FORD P.C.** |
| By: _/s/ Marc Wietzke_ | By: _/s/ Edwin Corrales_ |
| Marc Wietzke, Esq. | Edwin Corrales, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 1205 Franklin Avenue | 120 Broadway, 13th Floor |
| Garden City, NY 11530 | New York, New York 10271-0079 |
| (516) 877 - 1234 | (212) 238-4800 |

4840-9029-6019v.1